UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00955 KJM GGH<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se with a civil Complaint. On April 7, 2017, the court, following an Order issued by the District Court on March 29, 2017, ECF No. 45, issued it's own Order granting plaintiff and opportunity to file a Third Amended Complaint "not exceeding 25 pages . . . no later than April 28, 2017." ECF No. 55 at 3:14-17. Plaintiff has not filed a Third Amended Complaint. . . . ."

Good cause appearing, IT IS HEREBY ORDERED that:

Plaintiff shall show cause, within twenty (20) days of this Order, or no later than May 22, 2017 why sanctions should not be imposed for plaintiff's failure to obey a valid court order.

Dated: May 2, 2017

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE