UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., ET AL.,<br><br>Defendants. | No. 2:16-cv-00955-KJM-GGH<br><br><br><br>ORDER |

On May 19, 2017, this court denied plaintiff's motion for reconsideration of the magistrate judge's order of April 7, 2017 which, *inter alia*, struck the Second Amended Complaint as being in violation of the previously assigned magistrate judge's order that any Second Amended Complaint not exceed 25 pages. *See* ECF No. 64. On May 25, without leave of court or any basis in an applicable rule of law, plaintiff filed objections to the court's denial order. ECF No. 66. Because plaintiff's filing is not supported by rule or law, the court summarily overrules plaintiff's objections. The court warns plaintiff that future unauthorized filings may result in sanctions including dismissal.

This Order resolves ECF No. 64.

IT IS SO ORDERED.

DATED: June 1, 2017

UNITED STATES DISTRICT JUDGE

1